IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| **BETTY MURRAY** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO: 5:08-CV-00238-DCB-JMR** |
| **CENTRAL UNITED LIFE INSURANCE COMPANY** | **DEFENDANT** |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This matter came on for a hearing before the Court on the joint motion *ore tenus* of Plaintiff, Betty Murray, and Defendant, Central United Life Insurance Company, to dismiss all claims asserted in this cause against the Defendant with prejudice, and the Court being fully advised that counsel for the Plaintiff and counsel for the Defendant are in agreement that the requested relief is appropriate, the Court finds that the Motion is well taken and should be granted and that this action is to be dismissed with prejudice as to Defendant Central United Life Insurance Company.

IT IS THEREFORE, ORDERED AND ADJUDGED that all claims asserted by the Plaintiff against Defendant Central United Life Insurance Company in the above-styled and numbered cause are hereby dismissed with prejudice with the parties to bear their own costs.

SO ORDERED AND ADJUDGED, this the ___24th___ day of February, 2010.

                                                                                s/ David Bramlette
                                                                            U.S. DISTRICT COURT JUDGE

AGREED TO:

/s/ J. Wilbourn Vise
J. Wilbourn, Vise, Esq.
Attorney for Defendant Central United Life Insurance Company


/s/ J. Randal Wallace, Jr.
J. Randal Wallace, Jr., Esq.
Attorney for Plaintiff Betty Murray

/s/ Robert C. Boyd
Robert C. Boyd, Esq.
Attorney for Plaintiff Betty Murray